No. 82–975. MEMBERS OF THE CITY COUNCIL OF THE CITY OF LOS ANGELES ET AL. *v.* TAXPAYERS FOR VINCENT ET AL. Appeal from C. A. 9th Cir. Probable jurisdiction noted.

No. 82–1066. UNITED STATES *v.* PTASYNSKI ET AL. Appeal from D. C. Wyo. Probable jurisdiction noted.

No. 82–687. UNITED STATES *v.* ARTHUR YOUNG & CO. ET AL. C. A. 2d Cir. Certiorari granted.

No. 82–792. GROVE CITY COLLEGE ET AL. *v.* BELL, SECRETARY OF EDUCATION, ET AL. C. A. 3d Cir. Certiorari granted.

No. 82–825. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION *v.* SHELL OIL' CO. C. A. 8th Cir. Certiorari granted.

No. 82–862. CONSOLIDATED RAIL CORPORATION *v.* LE-STRANGE. C. A. 3d Cir. Certiorari granted.

No. 82–1041. DICKMAN ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 11th Cir. Certiorari granted.

No. 82–1047. UNITED STATES *v.* ONE ASSORTMENT OF 89 FIREARMS. C. A. 4th Cir. Certiorari granted.

No. 82–660. UNITED STATES *v.* CRONIC. C. A. 10th Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.